## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

WZ Franchise Corporation
                                  Plaintiff,

v.                                          Case No.: 1:20−cv−05204
                                                          Honorable John Z. Lee

Tyson Foods Inc, et al.
                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 4, 2020:

      MINUTE entry before the Honorable John Z. Lee:A Rule 16 initial status hearing is set for 10/21/20 at 9:00 a.m. The parties are directed to file a joint initial status report by 10/14/20. The report should comply with the requirements for initial joint status reports set forth in the Initial Status Conference standing order, which can be found on the Court's website. In light of the COVID−19 pandemic and the related General Orders, the Court finds that it is necessary to conduct the status hearing via telephone conference. The call−in number is 888−273−3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court−imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge−info.aspx?4Qf5 zc8loCI5U7rfMP9DHw== Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.