# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: WZ Franchise Corporation v. Tyson Foods, Inc. et al.,

Case Number: 1:20-cv-05204

An appearance is hereby filed by the undersigned as attorney for:

WZ Franchise Corporation

Attorney name (type or print): Lori P. Lustrin, Esq.

Firm: Bilzin Sumberg Baena Price & Axelrod LLP

Street address: 1450 Brickell Avenue, Suite 2300

City/State/Zip: Miami, Florida 33131-3456

Bar ID Number: 59228
(See item 3 in instructions)

Telephone Number: 305-374-7580

Email Address: llustrin@bilzin.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/2/2021

Attorney signature: S/ Lori P. Lustrin

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015